Margaret McKenzie, Administratrix of Estate of John McKenzie, Deceased, Appellee, v. Thomas J. Friel et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 43,250.

Heard in the second division, first district, this court at the October term, 1944; opinion filed May 29, 1945; rehearing denied June 12, 1945; released for publication June 14, 1945. Frank L. Kriete, Charles E. Green and Arthur J. Donovan, for appellants; William J. Flaherty, of counsel; J. S. Pressman, for appellee; David H. Kraft, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.